State v. Musselwhite

STATE OF NORTH CAROLINA v. JIMMY MUSSELWHITE

No. 153A81

(Filed 3 March 1982)

APPEAL from a decision of the Court of Appeals finding no error in the judgment entered by *Battle, J.*, at the 27 October 1980 Criminal Session of ROBESON Superior Court. The Court of Appeals' opinion, 54 N.C. App. 68, --- S.E. 2d --- (1981), is by *Judge Robert M. Martin* with *Judge Harry C. Martin* concurring. *Judge Becton* dissented and defendant appealed to this court pursuant to G.S. 7A-30(2).

Defendant was convicted of the offense of discharging a firearm into an occupied dwelling in violation of G.S. 14-34.1. The trial judge entered judgment imposing a prison sentence of not less than three nor more than five years.

*Attorney General Rufus L. Edmisten, by Associate Attorney Walter M. Smith and Assistant Attorney General Reginald L. Watkins, for the State.*

*Adam Stein, Appellate Defender, and James H. Gold, Assistant Appellate Defender, for defendant.*

PER CURIAM.

Defendant contends that the Court of Appeals erred in holding (1) that defendant was not entitled to a jury instruction on self-defense, and (2) that the trial court adequately explained the principles of acting in concert as they applied to the evidence in this case.

We have carefully reviewed the opinion of the Court of Appeals and the briefs and authorities relating to defendant's contentions. We conclude that the result reached by the Court of Appeals, its reasoning, and the legal principles enunciated by it are correct and adopt that opinion as our own.

The decision of the Court of Appeals is

Affirmed.